UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA, | NO. ED CV 18-01231-JGB(KKx) |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $194,999.00 IN U.S. CURRENCY, | |
| Defendant. | |
| BENJAMIN DEANDRE CARTER, | |
| Claimant. | |

Plaintiff, the United States of America (the "government"), and claimant Benjamin Deandre Carter ("Claimant") have stipulated to the entry of this Consent Judgment.

The Court, having considered the stipulation of the parties and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of

1 | this Court. The government has not received any additional claims
2 | or answers, and the time for filing claims and answers has
3 | expired. This Court has jurisdiction over the parties and the
4 | Defendant $194,999.00 in U.S. currency (the "Defendant Currency").
5 | Claimant has agreed to the forfeiture of the Defendant Currency in
6 | its entirety, and withdraw his claim to the Defendant Currency.[1]
7 | Any potential claimants to the Defendant Currency other than
8 | Claimant are deemed to have admitted the allegations of the
9 | complaint. Nothing in this consent judgment is intended or should
10 | be interpreted as an admission of wrongdoing by Claimant, nor
11 | should this consent judgment be admitted in any criminal
12 | proceeding against Claimant to prove any of the facts relied upon
13 | to establish reasonable cause for the seizure of the Defendant
14 | Currency.

    2. The Defendant Currency, together with all interest earned by the government on the total amount of the Defendant Currency since seizure, is hereby forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the forfeited property in accordance with law.

    3. The Court finds that there was reasonable cause for the seizure of the Defendant Currency and the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

---

[1] On November 22, 2019, in the related criminal case, *U.S. v. Benjamin Deandre Carter*; 3:18-cr-03737-WQH, Claimant and the government entered into a deferred prosecution agreement [Dkt. 262]. As a condition of the agreement, Claimant agreed to withdraw his civil forfeiture claim in this civil forfeiture case.

4. Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant currency and this action.

IT IS SO ORDERED.

Dated: February 25, 2020

THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA